```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for Petitioner United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Petitioner,           )<br>                                   )<br>     v.                            )<br>                                   )<br>MICHAEL LOGOLUSO, SR.,             )<br>                                   )<br>            Respondent.            )<br>_____) | 1:08-cv-00936-AWI-DLB<br><br>**ORDER TO SHOW CAUSE**<br><br><br>Date:    September 5, 2008<br>Time:    9:00 a.m.<br>Ctrm:    9 |

Upon review of Petitioner United States of America's Petition for Summary Enforcement of Administrative Subpoena Duces Tecum, and supporting pleadings, filed under Section 9 of the Federal Trade Commission Act, 15 U.S.C. § 49, as incorporated by Section 10(h) of the Agricultural Marketing Agreement Act of 1937, as amended, 7 U.S.C. § 610(h),

IT IS HEREBY ORDERED that Respondent Michael Logoluso, Sr. ("Respondent") appear before the United States District Court for the Eastern District of California, in Courtroom No. 9, on September 5, 2008, at 9:00 a.m. to show cause why he should not be compelled to appear and give evidence before the Secretary of Agriculture of the United States, or such officers or

representatives designated by him, at such time and place as determined by the Court, and there produce the documentary evidence specified in and required by the United States Department of Agriculture subpoena duces tecum served on Respondent and attached to the Declaration of Rose M. Aguayo.

IT IS HEREBY FURTHER ORDERED that a copy of this Order to Show Cause, together with one copy each of the Petition for Summary Enforcement of Administrative Subpoena Duces Tecum, and the Memorandum of Points and Authorities and Declaration of Rose M. Aguayo filed in support of the petition, shall be served upon Respondent on or before August 4, 2008.

IT IS HEREBY FURTHER ORDERED that Respondent shall file and serve a written response to the Petition for Summary Enforcement of Administrative Subpoena Duces Tecum, supported by appropriate declaration(s), as well as any motions Respondent desires to make, on or before August 22, 2008.  The United States may file a reply on or before August 29, 2008.

All motions and issues raised by Respondent will be considered on the return date of this Order, and any uncontested allegations in the Petition for Summary Enforcement of Administrative Subpoena Duces Tecum will be deemed admitted. Issues that are not raised by motion, or are not brought into controversy by the responsive pleadings and supported by declaration(s), will not be considered on the return date of this Order.

IT IS SO ORDERED.

Dated:   **July 28, 2008**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE