McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioner United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:08-cv-00936-AWI-DLB |
| Petitioner, | |
| v. | ORDER DISCHARGING ORDER TO SHOW CAUSE (DOC. 7) |
| **MICHAEL LOGOLUSO, SR.,** | ORDER DIRECTING THE CLERK TO CLOSE THIS <u>ACTION</u> |
| Respondent. | |

Petitioner United States of America is proceeding with a civil action in this Court concerning Summary Enforcement of an Administrative Subpoena Duces Tecum.

On July 28, 2008, this Court issued an order to show cause why the administrative subpoena duces tecum should not be enforced and set the matter for hearing. On September 4, 2008, Petitioner filed a notice of compliance stating that Respondent Michael Logoluso, Sr. had complied with the subpoena. Petitioner also requested that the Court vacate the hearing, and suggested that the file be closed.

Good cause appearing, this Court hereby vacates the September 5, 2008 hearing and the October 7, 2008 Initial

1

Scheduling Conference, and the order to show cause that issued on July 28, 2008, IS DISCHARGED.

The Clerk is DIRECTED to close this action because this order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:      September 5, 2008**                     /s/ Anthony W. Ishii
                                                               CHIEF UNITED STATES DISTRICT JUDGE